| | |
|---|---|
| PITE DUNCAN, LLP | E-Filed on 8/8/08 |

PITE DUNCAN, LLP
STEVEN W. PITE (NV Bar #008226)
EDDIE R. JIMENEZ (NV Bar #10376)
ELSIE L. SECOQUIAN (NV Bar #9685)
4375 Jutland Drive, Suite 200
San Diego, CA 92117
Telephone: (702) 413-9692
Facsimile: (619) 590-1385
E-mail: ecfnvb@piteduncan.com

ABRAMS & TANKO, LLLP
MICHELLE L. ABRAMS (NV Bar #005565)
3085 S. Jones Blvd., Suite C
Las Vegas, NV 89146

Attorneys for GMAC MORTGAGE, LLC, its successors and/or assigns

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>DOUGLAS DUANE DIBBS AND TAMARA LEE DIBBS,<br><br>Debtor(s). | Bankruptcy Case No. 08-16746<br><br>Chapter 13<br><br>GMAC MORTGAGE, LLCS REQUEST FOR SPECIAL NOTICE AND SERVICE OF PAPERS AND RESERVATION OF RIGHTS |

TO: UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR(S), AND ALL

INTERESTED PARTIES

PLEASE TAKE NOTICE that the firm of PITE DUNCAN, LLP, attorneys for GMAC Mortgage, LLC, its successors and/or assigns, hereby requests special notice of all events relevant to the above-referenced bankruptcy and copies of all pleadings or documents filed in relation to the above-referenced bankruptcy, including all pleadings or notices under Federal Rules of Bankruptcy Procedure, Rule 2002, the commencement of any adversary proceedings, the filing of any requests for hearing, objections, and/or notices of motion, or any other auxiliary filings, as well as notice of all matters which must be noticed to creditors, creditors committees and parties-in-interest and other notices as required by the United States Bankruptcy Code and Rules and/or Local Rules of the above-referenced bankruptcy court.

1   PITE DUNCAN, LLP, requests that for all notice purposes and for inclusion in the Master
2   Mailing List in this case, the following address be used:

3
4   ELSIE L. SECOQUIAN
    PITE DUNCAN, LLP
    4375 Jutland Drive, Suite 200
5   San Diego, CA 92117

6   Neither this Request for Special Notice nor any subsequent appearance, pleading, claim,
7   proof of claim, documents, suit, motion nor any other writing or conduct, shall constitute a
8   waiver of the within party's:

9   a.   Right to have any and all final orders in any and all non-core matters entered only
10  after de novo review by a United States District Court Judge;

11  b.   Right to trial by jury in any proceeding as to any and all matters so triable herein,
12  whether or not the same be designated legal or private rights, or in any case, controversy or
13  proceeding related hereto, notwithstanding the designation or not of such matters as "core
14  proceedings" pursuant to 28 U.S.C. § 157(b)(2)(H), and whether such jury trial right is pursuant
15  to statute or the United States Constitution;

16  c.   Right to have the reference of this matter withdrawn by the United States District
17  Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and

18  d.   Other rights, claims, actions, defenses, setoffs, recoupments or other matters to
19  which this party is entitled under any agreements at law or in equity or under the United States
20  Constitution.

21  All of the above rights are expressly reserved and preserved by this party without
22  exception and with no purpose of confessing or conceding jurisdiction in any way by this filing
23  or by any other participation in these matters.

24  Dated: August 8, 2008        /s/ Elsie L. Secoquian
                                 4375 Jutland Drive, Suite 200
25                               San Diego, CA 92117
                                 NV Bar #9685
26                               Attorney for GMAC MORTGAGE, LLC, its
                                 successors and/or assigns
27
28

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing REQUEST FOR SPECIAL NOTICE AND SERVICE OF PAPERS AND RESERVATION OF RIGHTS was served on August 8, 2008.

Service was accomplished by the method and to the following as indicated:

BY ELECTRONIC NOTICE OR FIRST CLASS MAIL

Douglas Duane Dibbs
Tamara Lee Dibbs
7548 Dusty Lakes Street
Las Vegas, NV 89131

Dorothy G. Bunce
2037 Franklin Ave
Las Vegas, NV 89104

Rick A. Yarnall
701 Bridger Ave., #820
Las Vegas, NV 89101

U.S. Trustee
Department of Justice
300 Las Vegas Boulevard. So.
Suite 4300
Las Vegas, NV 89101

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on August 8, 2008, at El Cajon, California.

/s/ Mary K. Arnold